UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 26-165 MJD/DLM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | I8 U.S.C. § 922(k) |
| v. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(a)(1)(B) |
| | ) | 18 U.S.C. § 924(d)(1) |
| ERIC TROY BALLARD, JR., | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Felon in Possession of a Firearm)

On or about June 10, 2026, in the State and District of Minnesota, the defendant,

**ERIC TROY BALLARD, JR.**,

having been previously convicted of the following crime, each of which was punishable by imprisonment for a term exceeding one year, namely,

| Crime | Court File Number | Date of Conviction (on or about) | Jurisdiction |
|---|---|---|---|
| Burglary – Third Degree | 62-CR-20-5819 | 10/31/2023 | Ramsey County, Minnesota |
| Conspiracy to Use/Carry/Brandish a Firearm During a Crime of Violence | 20-CR-00243 | 8/21/2023 | District of Minnesota |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Kahr CW45 semiautomatic pistol, with an

SCANNED
SEP 22 2026
U.S. DISTRICT COURT MPLS

altered serial number, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATIONS**

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories (including magazines) involved in, or used in the commission of, Count 1 including, but not limited to, a Kahr CW45 semiautomatic pistol, with an altered serial number, and any ammunition and accessories seized therewith.

A TRUE BILL

______________________________ UNITED STATES ATTORNEY

______________________________ FOREPERSON